ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Xerox Corporation | ) ASBCA No. 64016 |
| | ) |
| Under Contract No. M00263-21-P-0001 | ) |

APPEARANCE FOR THE APPELLANT:    Donald J. Walsh, Esq.
    RKW, LLC
    Owings Mills, MD

APPEARANCES FOR THE GOVERNMENT:    Allison M. McDade, Esq.
    Navy Chief Trial Attorney
    Maj John E. Buis, USMC
    Trial Attorney
    Eastern Area Counsel Office
    Marine Corps Air Station Beaufort, SC

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 6, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64016, Appeal of Xerox Corporation, rendered in conformance with the Board's Charter.

Dated:  May 6, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals